UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-cv-21640-JAL

ANDRES GOMEZ, on his own behalf and on
behalf of all other individuals similarly situated,

    *Plaintiff*,

v.

LUXOTTICA SUN CORP.,
d/b/a Lenscrafters,

    *Defendant*.

_____/

## NOTICE OF SETTLEMENT

Defendant Luxottica Retail North America Inc.[1] hereby gives notice to the Court that the parties have settled through informal settlement efforts all of Plaintiff Andres Gomez's claims related to all websites, applications, and social media owned or operated by Luxottica U.S. Holdings Corp. and all of its subsidiaries and affiliates.

---

[1] Luxottica Sun Corp. is not the proper defendant. Rather, the proper defendant in this matter is Luxottica Retail North America Inc.

Dated this 15th day of June, 2016.   Respectfully submitted,

/s/ Beth S. Joseph
Anne Marie Estevez
  Florida Bar No. 991694
  Email: annemarie.estevez@morganlewis.com
Beth S. Joseph
  Fla. Bar No. 0062952
  Email: beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

### CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on June 15, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

### SERVICE LIST

Scott R. Dinin, Esquire
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, FL 33127
Tel: (786) 431-1333
inbox@dininlaw.com

*Counsel for Plaintiff*

/s/ Beth S. Joseph
Beth S. Joseph